# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. **SEALED**  3:24-mj-105-WCM

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT "*quez_otp*" THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | **ORDER** |

The United States has submitted an Application pursuant to 18 U.S.C. § 2705(b) requesting that the Court issue an Order commanding Meta Platforms, Inc. (hereinafter "Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the Warrant) of the existence of the attached Warrant for a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the attached Warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that the Provider may disclose the attached Warrant to an attorney for the Provider for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the Application and this Order are sealed until otherwise ordered by the Court.

Signed: March 21, 2024

W. Carleton Metcalf
United States Magistrate Judge